UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

FILED & ENTERED 8/16/11

GINA GRIFFITHS,

**Plaintiff,**

**v.**  Civil No.10-6338 -AA

SENTRY CREDIT, INC.,

**Defendant.**

_____

**JUDGMENT**

This action is dismissed.

Dated: August 16, 2011

MARY MORAN, CLERK OF COURT

s/L. Brinn
by
L. Brinn, Deputy

**JUDGMENT**